```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
RICARDO VELASQUEZ,                                                     :
                                                                       :
                              Plaintiff,                               :
                                                                       :           24 Civ. 3270 (JPC)
        -v-                                                            :
                                                                       :                 ORDER
7 STAR WIRELESS INC., a New York                                       :
corporation, d/b/a BOOST MOBILE                                        :
AUTHORIZED RETAILER-E 187 ST,                                          :
and 571-585 E. 187TH STREET, LLC,                                      :
a New York limited liability company,                                  :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 2, 2024, the Court ordered the parties to submit a joint letter with, among other things, a description of the case and a status update on any settlement talks in advance of the initial pretrial conference scheduled for January 8, 2025, at 2:00 p.m. Dkt. 36. The Court also ordered the parties to submit a proposed case management plan and scheduling order. *Id*. Both items were due one week before the pretrial conference. The parties failed to submit either.

By 5:00 p.m. on January 6, 2025, it is hereby ordered that the parties must file on ECF the joint letter and the proposed case management plan and scheduling order described in the Order at Docket Number 36. The Court advises the parties that failure to comply with Court orders may result in sanctions, including dismissal for failure to prosecute.

SO ORDERED.

Dated: January 3, 2025
       New York, New York

                                        _____
                                               JOHN P. CRONAN
                                               United States District Judge