# LAW OFFICES OF EDMOND J. PRYOR

*Attorneys at Law*

292 City Island Avenue
Bronx, New York 10464

718-829-0222
FAX 718-829-0032

EDMOND J. PRYOR*

<u>Associate</u>
KEIYA BAROT

*Also Admitted in CT

<u>Legal Assistants</u>
JULIA DECUFFA+
ELOISA SANTANA+

+ Non-lawyer

www.PryorLaw.com

January 6, 2025

Hon. John P. Cronan, U.S.D.J.
United States District Court, SDNY
500 Pearl Street
New York, New York 10007

Re:   Velasquez v. 7 Star Wireless, Inc., et al.
        Case No. 24-cv-03270

Dear Justice Cronan:

I respectfully request that the Court grant an adjournment of the Initial Pretrial Conference scheduled for January 8, 2025 to a date convenient for the Court and request January 29, 2025. I am currently dealing with a family emergency and need the additional time.

Plaintiff's attorneys have been informed of such request and consent to this request.

Thank you for your attention to this matter.

Respectfully submitted,

*Edmond J. Pryor*

Edmond J. Pryor

---

The request is granted. The Initial Pretrial Conference ("IPTC") currently scheduled for January 8, 2025, is adjourned to January 29, 2025, at 2:00 p.m. The Court will conduct the IPTC by teleconference on Webex. At the scheduled time, counsel for all parties should call (855) 244-8681, access code 23027552307. The Clerk of Court is respectfully directed to close Docket Number 38.

SO ORDERED.
Date: January 7, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge